AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Sportswear Town, Inc.

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Sportswear Town, Inc.
1345 Washington Avenue
Miami, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

64

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

2006 AUG 28 PM 1:30

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Avraham Chanero

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Avraham Chanero
2526 N 38th Avenue
Hollywood, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 28 2006

CLERK

August 2006
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

2006 AUG 23 PM 12: 19

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Keny, Inc.

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Keny, Inc.
3132 NE 9th Street
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Maddox

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

853 North Atlantic Boulevard Corporation

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

853 North Atlantic Boulevard Corporation
853 N. Atlantic Boulevard
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

...idox

CLERK

August 2006 AUG 2 8 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

This & That, Inc.

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

This & That, Inc.
c/o Sunwear, Inc.
853 North Atlantic Boulevard
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

...addox

CLERK

(BY) DEPUTY CLERK

August 2006 AUG 28 2006

DATE

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT

**Southern District of Florida**

2006 AUG 28 PM 12:22

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Baba's Jewelry, Inc.

Defendant

**SUMMONS IN A CIVIL CASE**

TO: (Name and address of defendant)

Baba's Jewelry, Inc.
853 North Atlantic Boulevard
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

August 2006 AUG 28 2006
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

437 South Atlantic Boulevard Corporation, d/b/a Cheshire Cat

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

437 South Atlantic Boulevard Corporation
d/b/a Cheshire Cat
853 North Atlantic Boulevard
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 2 8 2006

CLERK

August 2006
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Lalwani Enterprises, Inc.

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Lalwani Enterprises, Inc.
c/o Shankardas Lalwani
3132 NE 9th Street
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

...dox

CLERK

August 2006 AUG 28 2006

DATE

[signature]

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

2006 AUG 28 PM 12: 11

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Narain Lalwani

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Narain Lalwani
3000 E. Sunrise Boulevard, 3B
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

...idox

CLERK

AUG 28 2006

August 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

2006 AUG 28 PM 12:16

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Jamna Lalwani

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Jamna Lalwani
853 North Atlantic Boulevard
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

...DOX

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

2006 AUG 23 PM 12: 17

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Devkrishin Lalwani

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Devkrishin Lalwani
853 North Atlantic Boulevard
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 2 8 2006

Maddox

CLERK

August 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Mohan Lalwani

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Mohan Lalwani
853 North Atlantic Boulevard
Fort Lauderdale, FL 33308

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Maddox

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Shandkardas Lalwani

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Shandkardas Lalwani
3000 E. Sunrise Boulevard, #5-C
Fort Lauderdale, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[Clerk signature line] CLERK

August 2006 AUG 28 2006
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

SEF Management, Inc., d/b/a Excess

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

SEF Management, Inc.
d/b/a Excess
1656 Collins Avenue
Miami Beach, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 28 2006

idox

CLERK

August 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Ronen Hayun

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Ronen Hayun
1800 Sunset Harbor, Apt. 1802
Miami Beach, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

2006 AUG 28 PM 12:31

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Hiam Hayun

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Hiam Hayun
1656 Collins Avenue
Miami Beach, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MADDOX

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Mosh Pitt

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Mosh Pitt
1417 Washington Avenue
Miami Beach, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

:dox

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Alex Zarfati

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Alex Zarfati
230 174th Street, #1514
Sunny Isles Beach, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

...dox

CLERK

August 2006 AUG 28 2006

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

2006 AUG 28 PM 12:29

Case Number: 06-20145-Civ-Altonaga/Turnoff

Fifty Six Hope Road Music, et. al.

Plaintiff

v.

Marco Zarfati

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Marco Zarfati
1417 Washington Avenue
Miami Beach, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Ervin
c/o Gallant & Ervin, LLC
One Olde North Road
Suite 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Maddox

CLERK

AUG 2 8 2006

August 2006

DATE

(BY) DEPUTY CLERK