UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION MIAMI
CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

FIFTY-SIX HOPE ROAD MUSIC, LTD. )
and ZION ROOTSWEAR LLC., )
    Plaintiffs, )
 )
v. )
 )
AAA SILK SCREEN CORP., et. al. )
    Defendants. )

### STIPULATION OF DISMISSAL OF CLAIMS AGAINST SEF MANAGEMENT INC., d/b/a EXCESS AND RONEN HAYUN AND HIAM VICTOR HAYON

Now come the Plaintiffs, Fifty Six Hope Music Limited and Zion Rootswear, LLC (collectively referred to herein as "Plaintiffs") in the above-captioned matter and move this Court pursuant to Fed. R. Civ. P. 41 (a) (1) (ii) to dismiss **only those claims commenced in this action with prejudice as against Defendants, SEF Management, Inc. d/b/a Excess, Ronen Hayun and Hiam Victor Hayon**, without costs and waiving all rights of appeal. The Plaintiffs are not dismissing its claims against any other remaining defendants at this time and expressly reserve their rights with regard to the claims commenced against the remaining defendants.

| | |
|---|---|
| TIMOTHY J. ERVIN, ESQ. | MARK E. STEIN, ESQ. |
| GALLANT & ERVIN, LLC | LOTT & FRIEDLAND, P.A. |
| One Olde North Road, Ste. 103 | 355 Alhambra Circle, Suite 1100 |
| Chelmsford, MA  01824 | Coral Gables, FL  33134 |
| | F B J  ᚙ I ᚙ ƄI L |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants SEF Management, Inc. d/b/a Excess, Ronen Hayun and Hiam Victor Hayon* |