UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION MIAMI

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

FIFTY-SIX HOPE ROAD MUSIC, LTD. )
and ZION ROOTSWEAR LLC., )
    Plaintiffs, )
     )
    v. )
     )
AAA SILK SCREEN CORP., et. al. )
    Defendants. )
     )

## CONSENT ORDER

Pursuant to their Settlement Agreement, Plaintiffs Fifty Six Hope Road Music Ltd. and Zion Rootswear, LLC (collectively "Zion") and Defendants SEF Management, Inc. d/b/a Excess, Ronen Hayun and Hiam Victor Hayon (collectively "Excess"), through counsel, hereby stipulate to the entry of this Consent Order as follows:

1. Other than an authorized by Zion, Excess, their respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling and/or in any manner utilizing the picture, name, likeness, image, signature or other indicia of Bob Marley;

2. Excess shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Marley goods;

3. Excess shall refrain from infringing Plaintiffs' established proprietary rights in the Marley trademark and all protectable variations thereof, by further promoting advertising, publishing or offering for sale, goods which bear a copy of the name, image, likeness,

photograph, trademark, signature or other indicia of Marley or any confusingly similar variations thereof;

4. Excess shall otherwise refrain from infringing Plaintiffs' established proprietary rights at common law and in the Plaintiffs Federal registration granted as to name, image, likeness, photograph, signature or other indicia of Bob Marley;

5. Excess shall refrain from competing unfairly with Plaintiffs in any manner by continued use or sale of counterfeit Marley goods or except as otherwise authorized by Zion any goods bearing or depicting the name, image, likeness, photograph, trademark, signature or other indicia of Marley or any colorable variations or imitations thereof;

6. Excess shall refrain from damaging Plaintiffs' established goodwill and reputation by diluting the distinctiveness of Plaintiffs' established proprietary rights in Marley.

7. Excess shall refrain from competing unfairly with Plaintiffs by passing off counterfeit Marley goods as genuine goods of Plaintiffs; and

8. Excess shall refrain from buying, selling or in any way dealing with counterfeit Marley goods or any goods bearing a copy of the Marley Rights or any colorable variations or imitations thereof.

9. The parties agree that, upon entry of this Consent Order and timely payment by Excess to Zion of the amount set forth in the Settlement Agreement, counsel for Zion shall submit a stipulated dismissal of this action with prejudice with regard to those claims against Excess.

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

_____
TIMOTHY J. ERVIN, ESQ.
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA 01824

*Attorneys for Plaintiffs*

_____
MARK E. STEIN, ESQ.
LOTT & FRIEDLAND, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
FBN 818666

*Attorneys for Defendants SEF Management, Inc.*
*d/b/a Excess, Ronen Hayun and Hiam Victor Hayon*


IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

Dated: December 1, 2006