UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION MIAMI

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

FIFTY-SIX HOPE ROAD MUSIC, LTD. )
and ZION ROOTSWEAR LLC., )
    Plaintiffs, )
     )
v. )
     )
AAA SILK SCREEN CORP., et. al. )
    Defendants. )
     )

## CONSENT ORDER

Pursuant to their Settlement Agreement, Plaintiffs Fifty Six Hope Road Music Ltd. and Zion Rootswear, LLC (collectively "Zion") and Defendants **Defendants, Keny, Inc., 853 North Atlantic Boulevard Corp., This & That, Inc., Baba's Jewelry, Inc., 437 South Atlantic Boulevard Corp., Lalwani Enterprises, Inc., Narain Lalwani, Jamna Lalwani, Devkrishin Lalwani, Mohan Lalwani and Shandkardas Lalwani** (collectively "Lalwani Defendants"), hereby stipulate to the entry of this Consent Order as follows:

1. The Lalwani Defendants, their respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling and/or in any manner utilizing the picture, name, likeness, image, signature or other indicia of Bob Marley on any unauthorized products;

2. The Lalwani Defendants shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Marley goods;

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

3. The Lalwani Defendants shall refrain from infringing Plaintiffs' established proprietary rights in the Marley trademark and all protectable variations thereof, by further promoting advertising, publishing or offering for sale, goods which bear a copy of the name, image, likeness, photograph, trademark, signature or other indicia of Marley or any confusingly similar variations thereof;

4. The Lalwani Defendants shall otherwise refrain infringing Plaintiffs' established proprietary rights at common law and in the Plaintiffs Federal registration granted as to name, image, likeness, photograph, signature or other indicia of Bob Marley;

5. The Lalwani Defendants shall refrain from competing unfairly with Plaintiffs in any manner by continued use or sale of counterfeit Marley goods or any goods bearing or depicting the name, image, likeness, photograph, trademark, signature or other indicia of Marley or any colorable variations or imitations thereof;

6. The Lalwani Defendants shall refrain from damaging Plaintiffs' established goodwill and reputation by diluting the distinctiveness of Plaintiffs' established proprietary rights in Marley by holding themselves out as having any business relationship with the Plaintiffs, or either of them.

7. The Lalwani Defendants shall refrain from competing unfairly with Plaintiffs by passing off counterfeit Marley goods as genuine goods of Plaintiffs; and

8. The Lalwani Defendants shall refrain from buying, selling or in any way dealing with counterfeit Marley goods or any goods bearing a copy of the Marley Rights or any colorable variations or imitations thereof.

9. The parties agree that, upon entry of this Consent Order, counsel for Zion shall submit a stipulated dismissal of this action without prejudice with regard to those claims against the Lalwani Defendants.

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

_____
TIMOTHY J. ERVIN, ESQ.
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA  01824

*Attorneys for Plaintiffs*

_____
MONTY N. LALWANI
Keny, Inc., et. al.
3132 N.E. 9th Street
Fort Lauderdale, FL  33304

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

Dated: December 1, 2006