UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION MIAMI

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

FIFTY-SIX HOPE ROAD MUSIC, LTD().
and ZION ROOTSWEAR LLC.,
    Plaintiffs,

v.

AAA SILK SCREEN CORP., et. al.
    Defendants.

## REQUEST FOR DEFAULT

**(Pursuant to Fed. R. Civ. P. 55(a))**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

I, Timothy J. Ervin, Attorney for the above-named Plaintiffs, state that the First Amended Complaint in which a Judgment for Affirmative Relief is sought was filed and allowed on or about June 23, 2006, and that the Notice of Lawsuit and Waiver of Service of Summons and a copy of the First Amended Complaint was served on the Defendant and signed for by the Defendant, **Brian Botton** on August 30, 2006, as appears on the Waiver of Service of Summons Form filed with the Court; further, that the time within which the Defendant shall serve a responsive pleading or otherwise defend pursuant to Fed. R. Civ. P. 12(a) has expired and the Defendant, **Brian Botton** herein has failed to serve or file an answer or otherwise defend as to the Complaint.

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

WHEREFORE, the Plaintiffs make application that the Defendant, **Brian Botton** be defaulted.

Dated at Chelmsford, Massachusetts this 14 day of December 2006.

Signed under the penalties of perjury,

FIFTY-SIX HOPE ROAD MUSIC, LTD.
ZION ROOTSWEAR, LLC.
By its attorneys,

_____
JOHN F. GALLANT
TIMOTHY J. ERVIN
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA  01824
(978) 256-6041
Fax: (978) 256-7977
Email: john@gallant-ervin.com
       tim@gallant-ervin.com

Local Counsel,
FIFTY-SIX HOPE ROAD MUSIC, LTD.
ZION ROOTSWEAR, LLC
By its attorneys,

_____
MORTON RIVKIND
Morton Rivkind, P.A.
1481 N.W. North River Drive
Miami, FL  33125
(305) 545-6633
Fax:  (305) 325-0080
Email: mrivkind@sprynet.com