UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

**FIFTY-SIX HOPE ROAD MUSIC, LTD.**
and **ZION ROOTSWEAR, LLC.**,

    Plaintiffs,
vs.

**AAA SILK SCREEN CORP., et al.**,

    Defendants.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

**THIS CAUSE** came before the Court upon the Clerk's Default entered against Defendants, Ocean 14, Inc., Rouhad Ezzeddine, Gravity Clothing, Inc., Neno Botton, Dino Petreccia, Sportswear Town, and Avraham Chanero, on December 13, 2006 (D.E. 102, D.E. 103, and D.E. 104). Upon review of the record, it appears that the above named Defendants have indeed failed to respond to the Complaint or otherwise appear in this action. Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs, Fifty-six Hope Road Music, LTD. and Zion Rootswear, LLC., shall submit a *Motion for Default Final Judgment* no later than **December 27, 2006**, that includes affidavits of any sum certain due by Ocean 14, Inc., Rouhad Ezzeddine, Gravity Clothing, Inc., Neno Botton, Dino Petreccia, Sportswear Town, and Avraham Chanero, and any other supporting documentation necessary to determine Plaintiffs' measure of damages. Plaintiffs shall send a copy of the motion to Defendants' counsel or to Defendants if they do not have counsel. In the certificate of service, Plaintiffs shall indicate that notice was sent and the addresses where notice was sent.

2. If Ocean 14, Inc., Rouhad Ezzeddine, Gravity Clothing, Inc., Neno Botton, Dino

Case No.  06-20145-Civ-Altonaga

Petreccia, Sportswear Town, and Avraham Chanero fail to respond to the Complaint and/or move to set aside the Clerk's Default on or before **January 8, 2007**, default final judgment may be entered. Simply put, if Ocean 14, Inc., Rouhad Ezzeddine, Gravity Clothing, Inc., Neno Botton, Dino Petreccia, Sportswear Town, and Avraham Chanero do not send an objection to the Clerk of Court before the above deadline, then the Plaintiffs may be able to take the Defendants' property or money, and/or obtain other relief against Defendants.

3.  Plaintiffs' failure to file for the Motion for Entry of Default Final Judgment within the specified time will result in a **dismissal** without prejudice as to these Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of December, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   Magistrate Judge William C. Turnoff
      counsel of record