UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION MIAMI
CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD. | ) |
| and ZION ROOTSWEAR LLC., | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AAA SILK SCREEN CORP., et. al. | ) |
|     Defendants. | ) |
| | ) |

*Stipulation of Dismissal of Claims against Sunwear U.S.A., Inc., Style In, Corp., Duval Style, Inc., Cool Style USA, Inc., Bikini Key, Inc., Wild Style USA, Inc., Sunset Sport Corp., Neil Nissan Hamuy, Eliahu Hamuy, Jamie Hamuy and Steven Kraft*

Now come the Plaintiffs, Fifty Six Hope Music Limited and Zion Rootswear, LLC (collectively referred to herein as "Plaintiffs") in the above-captioned matter and move this Court pursuant to Fed. R. Civ. P. 41 (a) (1) (ii) to dismiss **only those claims commenced in this action with prejudice as against Defendants,** Sunwear U.S.A., Inc., Style In, Corp., Duval Style, Inc., Cool Style USA, Inc., Bikini Key, Inc., Wild Style USA, Inc., Sunset Sport Corp., Neil Nissan Hamuy, Eliahu Hamuy, Jamie Hamuy and Steven Kraft, and without costs.   The Plaintiffs are not dismissing its claims against any other remaining defendants at this time and expressly reserve their rights with regard to the claims commenced against the remaining defendants.

TIMOTHY J. ERVIN, ESQ.
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA  01824
(978) 256-6041

*Attorneys for Plaintiffs*

ANDREW D. WYMAN, ESQ.
LAW OFFICES ANDREW WYMAN, P.A.
2101 NW Corporate Blvd.
Boca Raton, FL  33431
(561) 372-7200

*Attorney for Defendants Sunwear U.S.A., Inc., Style In, Corp., Duval Style, Inc., Cool Style USA, Inc., Bikini Key, Inc., Wild Style USA, Inc., Sunset Sport Corp., Neil Nissan Hamuy, Eliahu Hamuy, Jamie Hamuy and Steven Kraft*