UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION MIAMI
CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

FIFTY-SIX HOPE ROAD MUSIC, LTD. )
and ZION ROOTSWEAR LLC., )
    Plaintiffs, )
)
    v. )
)
AAA SILK SCREEN CORP., et. al. )
    Defendants. )
)

## NOTICE OF DISMISSAL OF CLAIMS AGAINST AVRAHAM CHANERO AND SPORTSWEAR TOWN, INC.

Now come the Plaintiffs, Fifty Six Hope Music Limited and Zion Rootswear, LLC (collectively referred to herein as "Plaintiffs") in the above-captioned matter and move this Court pursuant to Fed. R. Civ. P. 41 (a) (1) (i) to dismiss **only those claims commenced in this action without prejudice as against Defendants, Avraham Chanero and Sportswear Town, Inc.,** without costs and waiving all rights of appeal.  The Plaintiffs are not dismissing its claims against any other remaining defendants at this time.

    The Plaintiffs state that the above-referenced Defendants have not filed an Answer or other responsive pleading and therefore the claims are being dismissed as of right.

Respectfully submitted,

FIFTY-SIX HOPE ROAD MUSIC, LTD.
ZION ROOTSWEAR, LLC.
By its attorneys

_____
TIMOTHY J. ERVIN
JOHN F. GALLANT
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA 01824
(978) 256-6041
Fax: (978) 256-7977
Email: john@gallant-ervin.com
       tim@gallant-ervin.com

Local Counsel,

2-7-07

_____
MORTON RIVKIND
Morton Rivkind, P.A.
1481 N.W. North River Drive
Miami, FL 33125
(305) 545-6633
Fax: (305) 325-0080
Email: mrivkind@sprynet.com