UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

**FIFTY-SIX HOPE ROAD MUSIC, LTD.**
and **ZION ROOTSWEAR, LLC.**,

      Plaintiffs,
vs.

**AAA SILK SCREEN CORP.**, et al.,

      Defendants.
_____/

<u>**CONSENT ORDER**</u>

Pursuant to their Agreement, Plaintiffs, Fifty-Six Hope Road Music, Ltd. and Zion Rootswear, LLC (collectively, "Zion" or "Plaintiffs"), and Sunwear U.S.A., Inc., Style In Corp., Duval Style, Inc., Cool Style USA, Inc., Bikini Key, Inc., Wild Style USA, Inc., Sunset Sport Corp., Neil Nissan Hamuy, Eliahu Hamuy, Jamie Hamuy and Steven Kraft (collectively, "Sunwear"), hereby stipulate to the entry of this Consent Order as follows:

    1.    Sunwear, its respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling and/or in any manner utilizing the picture, name, likeness, image, signature or other indicia of Bob Marley;

    2.    Sunwear shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Marley goods;

    3.    Sunwear shall refrain from infringing Plaintiffs' established proprietary rights in the Marley trademark and all protectable variations thereof, by further promoting advertising, publishing

or offering for sale, goods which bar a copy of the name, image, likeness, photograph, trademark, signature or other indicia of Marley or any confusingly similar variations thereof;

4. Sunwear shall otherwise refrain from infringing Plaintiffs' established proprietary rights at common law and in the Plaintiffs' Federal registration granted as to name, image, likeness, photograph, signature or other indicia of Bob Marley;

5. Sunwear shall refrain from competing unfairly with Plaintiffs in any manner by continued use of sale of counterfeit Marley goods or any goods bearing or depicting the name, image, likeness, photograph, trademark, signature or other indicia of Marley or any colorable variations or imitations thereof;

6. Sunwear shall refrain from damaging Plaintiffs' established goodwill and reputation by diluting the distinctiveness of Plaintiffs' established proprietary rights in Marley by holding themselves out as having any business relationship with the Plaintiffs, or either of them;

7. Sunwear shall refrain from competing unfairly with Plaintiffs by passing off counterfeit Marley goods as genuine goods of Plaintiffs'; and

8. Sunwear shall refrain from buying, selling and in any way dealing with counterfeit Marley goods or any goods bearing a copy of the Marley Rights or any colorable variations or imitations thereof.

9. The Parties agree that, upon entry of this Consent Order, counsel for Zion shall submit a stipulated dismissal of this action with prejudice with regard to those claims against Sunwear.

Case No. 06-20145-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| TIMOTHY J, ERVIN, ESQ. | ANDREW D. WYMAN, ESQ. |
| GALLANT & ERVIN, LLC<br>One Olde North Road, Ste. 103<br>Chelmsford, MA 01824<br>(978) 256-6041<br>*Attorneys for Plaintiffs*<br>*In,*<br><br>*Neil* | LAW OFFICES OF ANDREW WYMAN, P.A.<br>2101 NW Corporate Blvd.<br>Boca Raton, FL 33431<br>(561) 372-7200<br>*Attorney for Defendants Sunwear U.S.A., Inc., Style Corp., Duval Style, Inc., Cool Style USA, Inc., Bikini Key, Inc., Wild Style USA, Inc., Sunset Sport Corp., Nissan Hamuy, Eliahu Hamuy, Jamie Hamuy and Steven Kraft* |

IT IS SO ORDERED.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Dated: February 7, 2007