**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**DIVISION MIAMI**
**CASE NO. 06-20145-CIV-ALTONAGA/Turnoff**

**FIFTY-SIX HOPE ROAD MUSIC, LTD. and ZION ROOTSWEAR LLC.,**
**Plaintiffs,**

**v.**

**AAA SILK SCREEN CORP., et. al.**
**Defendants.**

***Stipulation of Dismissal of Claims against Rouhad Ezzeddine and Ocean 14, Inc.***

Now come the Plaintiffs, Fifty Six Hope Music Limited and Zion Rootswear, LLC (collectively referred to herein as "Plaintiffs") in the above-captioned matter and move this Court pursuant to Fed. R. Civ. P. 41 (a) (1) (ii) to dismiss **only those claims commenced in this action with prejudice as against Defendants, Rouhad Ezzeddine and Ocean 14, Inc.**, and without costs. The Plaintiffs are not dismissing its claims against any other remaining defendants at this time and expressly reserve their rights with regard to the claims commenced against the remaining defendants.

TIMOTHY J. ERVIN, ESQ.
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA 01824
(978) 256-6041

*Attorneys for Plaintiffs*

MR. STEPHEN PENA, ESQ.
STEPHEN PENA ATTORNEY AT LAW
3191 Coral Way
Miami, FL 33145
(305) 598-6666

*Attorney for Defendants Rouhad Ezzeddine & Ocean 14, Inc.*