UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

**FIFTY-SIX HOPE ROAD MUSIC, LTD.**
and **ZION ROOTSWEAR, LLC.**,

    Plaintiffs,
vs.

**AAA SILK SCREEN CORP.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On January 24, 2007, the Court entered an Order [D.E. 114] instructing Plaintiffs to file Motions for Clerk's Default, on or before February 9, 2007, against all Defendants who had been served with or who had executed a waiver of service with respect to the Amended Complaint [D.E. 63]. Plaintiffs were warned that fail to comply would result in the dismissal without prejudice of Plaintiffs' claims against those Defendants. Plaintiffs have not advised the Court of any statute of limitations issues as to their claims against any of the Defendants, and have failed to comply with the Order with respect to the following Defendants:

    1.    **Doran Dar**. In their Status Report Regarding Service on Defendants [D.E. 113], filed on December 22, 2006 (the "Status Report"), Plaintiffs indicated that Doran Dar executed a waiver of service of the Amended Complaint on August 23, 2006 [D.E. 66]. Mr. Dar has not responded to the Amended Complaint, nor has any further against been taken against him.

    2.    **Beach Blitz Co.**. In their Status Report, Plaintiffs indicated that Beach Blitz Co. executed a waiver of service of the Amended Complaint on August 23, 2006 [D.E. 66], through Mr.

**Case No. 06-20145-CIV-ALTONAGA/Turnoff**

Dar. Beach Blitz Co. has not responded to the Amended Complaint, nor has any further against been taken against it.

   3.  **Mosh Pitt**. In their Status Report, Plaintiffs indicated that Mosh Pitt was served with the Amended Complaint on September 11, 2006 [D.E. 76]. Mosh Pitt has not responded to the Amended Complaint, nor has any further against been taken against him.

   4.  **Alex Zarfati**. In their Status Report, Plaintiffs indicated that Alex Zarfati executed a waiver of service of the Amended Complaint on October 20, 2006 [D.E. 88]. Mr. Zarfati has not responded to the Amended Complaint, nor has any further against been taken against him.

   5.  **Pinchas Babayoff**. In their Status Report, Plaintiffs indicated that Pinchas Babayoff was served with the original complaint on January 23, 2006 [D.E. 26], and was therefore served upon filing of the Amended Complaint on June 23, 2006. Mr. Babayoff has not responded to the Amended Complaint, nor has any further against been taken against him.

   6.  **Resorts Superstore d/b/a Nautical Breeze**. In their Status Report, Plaintiffs indicated that Resorts Superstore d/b/a Nautical Breeze was notified of the lawsuit through service of the original complaint and the Amended Complaint on Mr. Babayoff. Resorts Superstore has not responded to the Amended Complaint, nor has any further against been taken against it.

   7.  **Smile Mon, Inc.**. In their Status Report, Plaintiffs indicated that Smile Mon, Inc. executed a waiver of service of the Amended Complaint on June 29, 2006 [D.E. 69]. Smile Mon, Inc. has not responded to the Amended Complaint, nor has any further against been taken against it.

   8.  **Smile Mon of Key West Inc.**. In their Status Report, Plaintiffs indicated that Smile Mon of Key West Inc. executed a waiver of service of the Amended Complaint on June 29, 2006

Case No. 06-20145-CIV-ALTONAGA/Turnoff

[D.E. 69]. Smile Mon of Key West Inc. has not responded to the Amended Complaint, nor has any further against been taken against it.

9.      **Yakov Blives a/k/a Yaron Blives**.  In their Status Report, Plaintiffs indicated that Yakov Blives executed a waiver of service of the Amended Complaint on June 29, 2006 [D.E. 69]. Mr. Blives has not responded to the Amended Complaint, nor has any further against been taken against him.

Based on the foregoing, it is

**ORDERED AND ADJUDGED** that Plaintiffs' claims against Defendants, Doran Dar, Beach Blitz Co., Mosh Pitt, Alex Zarfati, Pinchas Babayoff, Resorts Superstore d/b/a Nautical Breeze, Smile Mon, Inc., Smile Mon of Key West Inc., and Yakov Blives a/k/a Yaron Blives are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of March, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     Magistrate Judge William C. Turnoff
        counsel of record