**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**DIVISION MIAMI**
**CASE NO. 06-20145-CIV-ALTONAGA/Turnoff**

| | |
|---|---|
| **FIFTY-SIX HOPE ROAD MUSIC, LTD.** | ) |
| **and ZION ROOTSWEAR LLC.,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AAA SILK SCREEN CORP., et. al.** | ) |
| **Defendants.** | ) |
| | ) |

***Stipulation of Dismissal of Claims against Gravity Clothing, Inc., Neno Botton, Brian Botton
and Dino Petreccia***

Now come the Plaintiffs, Fifty Six Hope Music Limited and Zion Rootswear, LLC (collectively referred to herein as "Plaintiffs") in the above-captioned matter and move this Court pursuant to Fed. R. Civ. P. 41 (a) (1) (ii) to dismiss **only those claims commenced in this action with prejudice as against Defendants, Gravity Clothing, Inc., Neno Botton, Brian Botton and Dino Petreccia**, and without costs.   The Plaintiffs are not dismissing its claims against any other remaining defendants at this time and expressly reserve their rights with regard to the claims commenced against the remaining defendants.

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

TIMOTHY J. ERVIN, ESQ.
GALLANT & ERVIN, LLC
One Olde North Road, Ste. 103
Chelmsford, MA  01824
(978) 256-6041

*Attorneys for Plaintiffs*

6 - 25-07

CHARLES L. NEUSTEIN
CHARLES L. NEUSTEIN, P.A.
777 Arthur Godfrey Road, 2nd Floor
Miami Beach, FL 33140
(305) 531-2545

*Attorney for Defendants*
*Gravity Clothing, Inc., Neno Botton,*
*Brian Botton and Dino Petreccia*