UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

**FIFTY-SIX HOPE ROAD MUSIC, LTD.**
and **ZION ROOTSWEAR, LLC.**,

  Plaintiffs,
vs.

**AAA SILK SCREEN CORP.,** et al.,

  Defendants.
_____/

## CONSENT ORDER

  Pursuant to their Agreement, Plaintiffs, Fifty-Six Hope Road Music Ltd. and Zion Rootswear, LLC (collectively "Plaintiffs"), and Gravity Clothing, Inc., Neno Botton, Brian Botton, and Dino Petreccia (collectively "Gravity"), hereby stipulate to the entry of this Consent Order as follows:

  1. Gravity, their respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from directly or indirectly manufacturing, advertising, marketing, distributing and selling and/or in any manner utilizing the picture, name, likeness, image, signature or other indicia of Bob Marley ("Marley");

  2. Gravity shall refrain from manufacturing, assembling, or participating in the manufacture or assembly of any counterfeit Marley goods;

  3. Gravity shall refrain from infringing Plaintiffs' established proprietary rights in the Marley trademark and all protected variations thereof, by further promoting advertising, publishing or offering for sale, goods which bear a copy of the name, image, likeness, photograph, trademark, signature or other indicia of Marley or any confusingly similar variations thereof;

Case No. 06-20145-CIV-ALTONAGA/Turnoff

    4. Gravity shall otherwise refrain from infringing Plaintiffs' established proprietary rights at common law and in the Plaintiffs' Federal registration granted as to name, image, likeness, photograph, signature or other indicia of Marley;

    5. Gravity shall refrain from competing unfairly with Plaintiffs in any manner by continued use or sale of counterfeit Marley goods or any goods bearing or depicting the name, image, likeness, photograph, trademark, signature or other indicia of Marley or any colorable variations or imitations thereof;

    6. Gravity shall refrain from damaging Plaintiffs' established goodwill and reputation by diluting the distinctiveness of Plaintiffs' established proprietary rights in Marley by holding themselves out as having any business relationship with the Plaintiffs, or either of them.

    7. Gravity shall refrain from competing unfairly with Plaintiffs by passing off counterfeit Marley goods as genuine goods of Plaintiffs; and

    8. Gravity shall refrain from buying, selling or in any way dealing with counterfeit Marley goods or any goods bearing a copy of the Marley Rights or any colorable variations or imitations thereof.

    9. The Parties agree that, upon entry of this Consent Order, counsel for Plaintiffs shall submit a stipulated dismissal of this action with prejudice with regard to those claims against Gravity.

Case No. 06-20145-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| TIMOTHY J. ERVIN, ESQ.<br>GALLANT & ERVIN, LLC<br>One Olde North Road, Ste, 103<br>Chelmsford, MA 01824<br>(978) 256-6041<br><br>*Attorneys for Plaintiffs* | CHARLES L. NEUSTEIN.<br>CHARLES L. NEUSTEIN, P.A.<br>777 Arthur Godfrey Road, 2nd Floor<br>Miami Beach, FL 33140<br>(305) 531-2545<br><br>*Attorney for Defendants Gravity Clothing, Inc.,*<br>*Neno Botton, Brian Botton, and Dino Petreccia* |

IT IS SO ORDERED.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

**Dated June 27, 2007**