UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

**FIFTY-SIX HOPE ROAD MUSIC, LTD.**
and **ZION ROOTSWEAR, LLC.**,

    Plaintiffs,
vs.

**AAA SILK SCREEN CORP.**, et al.,

    Defendants.
_____/

## ORDER ON SUGGESTION OF BANKRUPTCY

**THIS CAUSE** came before the Court on Defendant, Eric Greene's Suggestion of Bankruptcy, announced at the calendar call on this date. The parties inform the Court that Defendant, Eric Greene, has filed a bankruptcy petition in the United States Bankruptcy Court for the Southern District of Florida, and they do not wish to proceed with trial against the remaining Defendants. Under 11 U.S.C. § 362, the filing of a bankruptcy petition automatically stays the commencement or continuation of a judicial proceeding against a debtor that was or could have been commenced before the start of the bankruptcy proceeding.

Accordingly, it is **ORDERED AND ADJUDGED** that the case is **STAYED** pending the resolution of the bankruptcy proceeding. The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are **DENIED AS MOOT**. Any party may move to reopen the case upon resolution of the bankruptcy proceeding, or at an earlier time if permitted.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of November, 2007.

                                               _____
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
        counsel of record