UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20145-CIV-ALTONAGA/Turnoff

**FIFTY-SIX HOPE ROAD MUSIC, LTD.**
and **ZION ROOTSWEAR, LLC.**,

    Plaintiffs,
vs.

**AAA SILK SCREEN CORP.**, *et al.*,

    Defendants.
_____ /

**ORDER ADMINISTRATIVELY CLOSING CASE**

The parties have advised that they have amicably settled this matter. Accordingly, it is

**ORDERED and ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal with the Court within thirty (30) days of the date of this Order. Upon the parties' filing of the Stipulation, the Court will enter an order dismissing the case with prejudice.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of February, 2008.

                                                              **CECILIA M. ALTONAGA**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
         counsel of record